| | | |
|---|---|---|
| 28876 | C.S., In re | Affirmed |
| 28984 | Moran v. Stephen | Affirmed in Part, Vacated in Part and Remanded |
| 28069 | O'Connor v. Hartford Underwriters Ins. Company/Pacific Ins. Co., Ltd. | Dismissed and Vacated |
| 28747 | State v. Bousman | Affirmed |
| 28685 | State v. Kahalewai | Affirmed |
| 27511 | State v. Stenger | Vacated and Remanded |